**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AeroCision Parent, LLC, *et al.* | Case No. 23-11032 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**TO:    ALL PARTIES IN INTEREST**

> **PLEASE TAKE NOTICE THAT:**

> **Confirmation of Plan**.  On March 4, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered its *Findings of Fact, Conclusions of Law, and Order Approving and Confirming the Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of AeroCision Parent, LLC and Its Affiliated Debtors and Debtors in Possession* [Docket No. 357] (the "**Confirmation Order**").  Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the *Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of AeroCision Parent, LLC and Its Affiliated Debtors and Debtors in Possession* attached as Exhibit A to the Confirmation Order (the "**Plan**").[2]  Copies of the Confirmation Order and the Plan may be obtained by accessing https://dm.epiq11.com/case/aerocision.

> **Effective Date**.  The Effective Date of the Plan occurred on March 7, 2024.  Each of the conditions precedent to consummation of the Plan enumerated in Section 13.1 of the Plan have been satisfied and/or waived as provided in Section 13.3 of the Plan.

> **Release, Exculpation, and Injunction**.  Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article XIV of the Plan are now in full force and effect.

> **General Administrative Expense Claims Deadline**.  In accordance with Section 6.1 of the Plan and the Confirmation Order, unless required to be filed by an earlier date by another order of the Bankruptcy Court, any Holder of a General Administrative Expense Claim that arose after the Petition Date but prior to the Effective Date, other than a Professional Fee Claim or a

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  AeroCision Parent, LLC (8828); AeroCision, LLC (0509); and Numet Machining Techniques, LLC (3162).  The Debtors' service address is 12-A Inspiration Lane, Chester, CT 06412.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

claim for Quarterly Fees, must file with the Bankruptcy Court and serve on (a) the Plan Administrator and its counsel, (b) the U.S. Trustee, and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002, a request for payment of such Administrative Claim so as to be received by **5:00 p.m. (ET) on April 8, 2024**.  Such request must include at a minimum:  (i) the name of the Debtor(s) that are purported to be liable for the General Administrative Expense Claim; (ii) the name of the Holder of the General Administrative Expense Claim; (iii) the amount of the General Administrative Expense Claim; (iv) the basis of the General Administrative Expense Claim; and (v) all supporting documentation for the General Administrative Expense Claim.  Any General Administrative Expense Claim that is not timely filed as set forth above will be forever barred, and Holders of such General Administrative Expense Claims will not be able to assert such Claims in any manner against the Plan Administrator, the Debtors, or their Estates, or their respective successors or assigns or their respective property.

**Professional Fee Claims Deadline**.  In accordance with Section 6.2 of the Plan, Professionals asserting Professional Fee Claims for services rendered by Professionals in connection with the Chapter 11 Cases from the Petition Date through and including the Effective Date must file an application for allowance and payment of such Professional Fee Claim no later than **5:00 p.m. (ET) on April 22, 2024**.  Objections to any applications of Retained Professionals must be filed by no later than twenty (20) days after service of the applicable final application for allowance and payment of Professional Fee Claims.

**Rejection Damages Claims Deadline**.  In accordance with Section 12.1 of the Plan, any and all Claims arising from the rejection of Executory Contracts under the Plan must be filed and served on the Plan Administrator no later than **5:00 p.m. (ET) on April 8, 2024**.

*[Remainder of Page Intentionally Left Blank]*

31377625.2

Dated:  March 7, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*

Michael R. Nestor (No. 3526)
Andrew L. Magaziner (No. 5426)
Elizabeth S. Justison (No. 5911)
Shella Borovinskaya (No. 6758)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  mnestor@ycst.com
       amagaziner@ycst.com
       ejustison@ycst.com
       sborovinskaya@ycst.com

*Counsel to the Debtors and Debtors in Possession*

31377625.2